UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-cv-24100-WILLIAMS

EDWARD SMITH,

       Plaintiff,

vs.

CAROLYN W. COLVIN, Commissioner of
Social Security Administration,

       Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This **MATTER** is before the Court upon Magistrate Judge Simonton's Report and Recommendation ("the Report").  (DE 27).   In her Report, Judge Simonton recommends that the Plaintiff's Motion for Summary Judgment (DE 21) be **DENIED**, that Defendant's Motion for Summary Judgment (DE 22) be **GRANTED**, and the decision denying benefits be **AFFIRMED**.  Plaintiff has not filed any objections to the Report and Recommendation and the time to do so has passed.  Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the record.

After due consideration, it is **ORDERED AND ADJUDGED** as follows:

1. The analysis and conclusions of the Report (DE 27) are **APPROVED, ADOPTED, AND RATIFIED**.

2. The Commissioner's decision is **AFFIRMED**.

3. Plaintiff Edward Smith's Motion for Summary Judgment (DE 21) is **DENIED**.

4. Defendant Commissioner of Social Security's Motion for Summary Judgment

(DE 22) is **GRANTED**.

5. The Clerk is directed to **CLOSE** the case.

**DONE AND ORDERED**, in Chambers, in Miami, Florida this ⟋31st day of March,

2015.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE